[No. 22255–4–I. Division One. August 21, 1989.]

POWER SYSTEMS DIVISION OF CUMMINS NORTHWEST, INC., *Respondent,* v. ELECTRICAL ASSOCIATES CONSTRUCTION, INC., *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 87–2–06373–9, Anne L. Ellington, J., entered April 21, 1988. *Affirmed in part* and *remanded* by unpublished opinion per Winsor, J., concurred in by Pekelis, J., and Deierlein, J. Pro Tem.

[Nos. 21202–8–I; 22626–6–I. Division One. August 21, 1989.]

THE STATE OF WASHINGTON, *Respondent,* v. DOUGLAS ALAN YOUNG, *Appellant.*

*In the Matter of the Personal Restraint of* DOUGLAS ALAN YOUNG, *Petitioner.*

Appeal from a judgment of the Superior Court for King County, No. 87–1–00610–3, Donald D. Haley, J., entered September 21, 1987, together with a petition for relief from personal restraint. Judgment *affirmed* and petition *denied* by unpublished opinion per Coleman, C.J., concurred in by Swanson and Scholfield, JJ.

[No. 23129–4–I. Division One. August 21, 1989.]

OLD NATIONAL FINANCIAL SERVICES, *Appellant,* v. FRANK B. STAPLES, ET AL, *Defendants,* FRED R. STAPLES, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for Benton County, No. 83–2–01291–8, Evan E. Sperline, J., entered October 4, 1988. *Affirmed as modified* by unpublished opinion per Webster, J., concurred in by Grosse, A.C.J., and Williams, J. Pro Tem.